JOHN L. BECKHAM, ADMINISTRATOR, &c., PLAINTIFF IN ERROR, AND HILLIER AND MOORE, DEFENDANTS IN ERROR.

On error to the Hudson Circuit Court.

For the plaintiff in error, *Charles C. Blake.*

For the defendant in error, *Lewis &· Collins.*

BEASLEY, CHIEF JUSTICE.    Let the judgment of the court below be reversed.

*For affirmance*—None.

*For reversal*—THE CHANCELLOR, CHIEF JUSTICE, DEPUE, DIXON, REED, VAN SYCKEL, BROWN, COLE, PATERSON, WHITAKER.    10.